# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,  :

    Plaintiff,                 Case No. 3:16MJ00325

                       :

    -vs-                   :      Chief Magistrate Judge Sharon L. Ovington

DAVID BLANKENSHIP,  :

    Defendant.        :

## BINDOVER ORDER

This matter was set for a Detention Hearing on November 10, 2016.  At that time, Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

November 10, 2016                                            s/ Sharon L. Ovington
                                                                Sharon L. Ovington
                                                  Chief United States Magistrate Judge